# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Efren Rosales, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:15-cv-00149-RLV-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Catawba County Schools, | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 18, 2017 Order.

January 18, 2017

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court